FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 JAN 12 A 9: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                              Case No.: 3:05-cr-295-J-20MCR

JONAS SUGARMAN
_____/

### ORDER

Before the Court is the United State's Motion for Reduction of Sentence for Timely Notification of Intent to Enter a Plea of Guilty (Doc. No. 23, filed January 10, 2006), which is **GRANTED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 12 day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Nathan P. Diamond, Esq.
Don J. Pashayan, AUSA
Bonnie Ames Glober, AUSA